UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ADANA INVESTING, INC.,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,
WELLS FARGO ADVISORS, LLC,
BENJAMIN RAFAEL,
HERNAN BERMUDEZ,
and PAUL ZOCH,

    Defendants.

Case No. 2:16-MC-51313-SJM-DRG

_____/

## STIPULATION REGARDING TRANSFER OF MOTION TO QUASH

Pursuant to Federal Rule of Civil Procedure 45(f), Wells Fargo Bank, N.A. ("Wells Fargo") and movant, Edmund Ross Marroso, Jr., through counsel, stipulate and agree to the transfer of Third Party Edmund Ross Marroso, Jr.'s Motion to Quash, for Protective Order, and Objections Directed to Subpoena by Wells Fargo Bank, N.A. [Doc. 8] (the "Motion to Quash") and Wells Fargo's response in opposition [Doc. 9] to the court issuing the subpoena at issue, the United States District Court for the Southern District of Florida, and the case styled *Adana Investing, Inc. v. Wells Fargo Bank, et al.*, Case No. 16-cv-21562. A proposed order will be uploaded via CM/ECF.

Stipulated as to form and content:

/s/ Ann Marie Pervan
Ann Marie Pervan (P45213)
KELLER & AVADENKA
Attorney for Movant Edmund Ross Marroso, Jr.
2242 S. Telegraph Road, Suite 100
Bloomfield Hill, MI 8302
(248) 335-9266

Dated: February 14, 2017

and

/s/ Samuel J. Dubbin           Dated: February 14, 2017
Samuel J. Dubbin, P.A.
Dubbin & Kravetz, LLP
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
(305) 357-9004
sdubbin@dubbinkravetz.com


/s/ Kimberly J. Ruppel          Dated: February 14, 2017
Kimberly J. Ruppel (P55138)
DICKINSON WRIGHT PLLC
Attorneys for Defendant, Wells Fargo Bank N.A.
2600 West Big Beaver Road, Suite 300
Troy, Michigan 48084-3312
(248) 433-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Stipulation Regarding Transfer of Motion to Quash* was served via e-mail, or U.S. mail (where applicable) to the interested parties listed on the service list for *Adana Investing, Inc. v. Wells Fargo Bank, N.A., et. al.*, Case No. 1:16-cv-21562-UNGARO/OTAZO-REYES, United States District Court, Southern District of Florida, a copy of which is attached hereto.

/s/ Kimberly J. Ruppel
Attorney

2

## SERVICE LIST
### Adana Investing, Inc. v. Wells Fargo Bank, N.A., et. al.
### Case No. 16-CIV-21562-UNGARO/GOODMAN
### United States District Court, Southern District of Florida

John D. Couriel, Esq.
Stephanie D. Hauser, Esq.
Kobre & Kim LLP
2 South Biscayne Boulevard, 35th Floor
Miami, FL 33131
john.couriel@kobreim.com / stephanie.hauser@kobrekim.com
*Counsel for Plaintiff*

Beth A. Black, Esq.
Joseph A. Vallo, Esq.
Eva Spahn, Esq.
Greenberg Traurig, P.A.
777 South Flagler Drive, Third Floor East
West Palm Beach, Florida 33401
blackb@gtlaw.com / valloj@gtlaw.com / spahne@gtlaw.com
*Counsel for Defendants Wells Fargo Advisors, LLC
and Paul Zoch*

Barbara J. Riesberg, Esq.
Riesberg Law
Biscayne Bank Tower, Suite 1100
2601 South Bayshore Drive
Miami, FL 33133
barbara@riesberglaw.com
*Counsel for Defendant Hernan Bermudez*

Benjamin Rafael
11111 Biscayne Boulevard
Unit 1900
Miami, FL 33181
*Defendant*

Samuel J. Dubbin, P.A.
Dubbin & Kravetz, LLP
1200 Anastasia Avenue, Suite 300
Coral Gables, FL 33134
(305) 357-9004
sdubbin@dubbinkravetz.com
*Counsel for Third Party Witness Edmund Ross Marroso, Jr.*

3